UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00068 KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| DAMAINE TOLBERT | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 0 6 2020
JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 24, 2019, in the Eastern District of Arkansas, the defendant,

DAMAINE TOLBERT,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about August 24, 2019, in the Eastern District of Arkansas, the defendant,

DAMAINE TOLBERT,

knowingly and intentionally possessed, brandished, and discharged a firearm, that is: a Ruger, .380 caliber pistol, model LCP, serial number 371807039, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATION 1

Upon conviction of Count 1 or 2 of this Indictment, the defendant, DAMAINE TOLBERT, shall forfeit to the United States, under Title 21, United States Code, Section

1

853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, DAMAINE TOLBERT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 of this Indictment, the defendant, DAMAINE TOLBERT, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]