4:20CR68-KGB

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR -1 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This is Damaine Tolbert and I would like to request a new lawyer. The reason for this request is that I have been in over a month and haven't spoken too or recieved any mail from William Shelton Jr who is my lawyer. My family spoke to him maybe two or three times and each time he said he was going to video call me and send me my paper work on my case but I haven't got anything yet. He said he was coming to see me but the cornavirus came and the jail won't let anybody in and thats the reason why he said he was going to video call me. I've sent him about three letters with no response. I still haven't had my detention hearing yet. I read in the newspaper anybody with health conditions there letting out of jail. And I have severe asthma so I asked William to file a motion to get me out but he never responded. I try to call him from the jail but he always refuse the call. So if there any way you can appoint me new repensation that would be great. Thank you Judge Christin Baker I hope your staying safe with this Cornavirus spreading.

Also this jail is stealing money from my account. They say its for medical request. $20 to see the doctor $15 for medicanee start up $1 for everything you send on the kios to the nurse. I understand that but I was never informed that I would be charged never signed anything saying the prices of anything so with out them telling anything and when my money come to my account and they just take it is called stealing. I request to see the jail administrator on Monday March 23, 2020 which is the first day they took $21.00 from a $30 money order I recieved m.o #19-049474634 which left me with $9 and March 24, 2020 I recieved another money order $30 m.o #19-049474456 and they took another $35 out my account which left me with $4. So out of $60 I only had $4 to buy soap and other daily items I need to stay clean. Today is March 30, 2020 and I still haven't talked to Ryan Coleman jail admin

And I asked the jail for 1983 form so I can file a complaint but they said I have to get it from my attorney. Which I don't believe is true

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2020 APR -1  A 9:55