UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) No 4:20-cr-68-kgb | |
| | ) | |
| | ) | |
| DAMAINE TOLBERT | ) | DEFENDANT |

## DEFENDANT'S SENTENCING MEMORANDUM

Damaine is young. He is only 25, and this case represents his first serious interaction with the criminal justice system. Nobody expected Damaine to end up federal court after having been charged with shooting another person. He accepts responsibility and knows that the Court will hold him accountable. We ask the Court for sentence that will give Damaine a chance at redemption in his life. We are asking for a 10-year sentence.

Damaine Tolbert was born the second of five children of Jaqueline Hood. Growing up, Damaine had an eating disorder, leaving him small and underweight. Even at 25, he is only 125 pounds. Damaine's mother was an alcoholic. She could be mean and short on patience. She beat the boys. She threw things. Once, she took the tv off the boy's dresser and threw it at the ground just to get back at the boys for getting on her nerves. Despite her faults, Jaqueline was the rock in Damaine's life. He still smiles when he talks about her.

At age 13, Damaine was forced to deal with his mother's passing. Though she had been frequently ill, Damaine and his siblings did not expect her death. Damaine never had a chance to tell her goodbye when she was in the hospital. It's no surprise that a 13-year old who had been raised by a mean alcoholic wouldn't handle the trauma well. Damaine

began smoking marijuana and continued using it heavily until his arrest on February 24, 2020.

After his mother's death, Damaine moved in with Damaine's older brother's track coach. Nobody else from the family stepped up to take care of the kids. Eventually, Damaine's father went to court to get custody of Damaine. Moving in with his dad meant moving away from his brothers. Life at his dad's house didn't last. Damaine graduated high school while living with a friend's family.

Damaine was arrested on February 24, 2020. At that time, his girlfriend was 5 months pregnant with Damaine's first child. On June 30, 2020, Cameron Tolbert was born and Damaine became a father. Damaine wasn't there. He didn't know when his girlfriend went into labor. He didn't get a chance to comfort her. He didn't get to cut the umbilical cord. He still has never held his son. While his child was being born, Damaine was waiting for the Dallas County Jail to serve another lunch of chicken nuggets.

On August 29, 2020, Damaine received a call asking if he could sell some marijuana. The caller said a female was looking to buy some marijuana. He met a female (who turned out to be Brooke Chandler) like he expected. But she didn't buy the marijuana, she robbed him. In the aftermath, Damaine fired several shots, three that hit Ms. Chandler.

Damaine is connected with Brooke Chandler. She didn't know him when she decided to rob him. And he didn't know her when he decided to shoot. Everyone is thankful that she has recovered well from her injuries. By her own account, she used the event in her life to make serious changes in her life:



Brooke's post is from 13 months after shooting. It's a heart-warming story of the power of second chances. And everybody hopes that for her and her children's sake that she continues.

What will Damaine be posting in ten years' time? Will he have the opportunity to go home to be a family with his son and girlfriend? Will he get to start making amends for missing the first 10 years? Will he get to thank his family and friends face-to-face for standing by him now? Will he get to apologize to them for the shock, shame, and embarrassment he caused with this shooting? Or, will that day ten years from now pass like any other spent in prison, waiting for the same old lunch?

        Respectfully submitted,

        LISA G. PETERS
        FEDERAL DEFENDER

By:    Will Shelton, 2011086
        Assistant Federal Defender
        The Victory Building, Suite 490
        1401 West Capitol Avenue
        Little Rock, AR 72201
        Telephone: (501) 324-6113
        E-mail: will_shelton@fd.org