# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

v.                      **4:20-cr-00068-01-KGB**

**DAMAINE TOLBERT**                                                                 **DEFENDANT**

## **ORDER**

Pending is defendant Damaine Tolbert's motion for adjustment of sentence (Dkt. No. 40).

Applying retroactive Guidelines Amendment 821 does not change Mr. Tolbert's criminal history category.[1]  Mr. Tolbert remains a criminal history category I.  Additionally, Mr. Tolbert's sentence was based on the statutory, mandatory minimum of 120 months, not the Guidelines.  Therefore, the motion is denied.

It is so ordered this 20th day of December, 2023.

_____
Kristine G. Baker
Chief United States District Judge

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").